# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-9029 MRW | Date | October 27, 2021 |
|---|---|---|---|
| Title | Kristina Bjork v. In-N-Out Burgers | | |

Present: The Honorable **Michael R. Wilner**

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING CASE**

The parties filed a notice dismissing this case with prejudice. (Docket # 24.) This action is dismissed with prejudice.